UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ELI J. DUFFEY,

    Plaintiff,

v.

GREGORY S. POPE, et al.,

    Defendants.

Case No. 2:11-cv-16
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Norah McCann King

### ORDER

The Court hereby **VACATES** the telephone status conference scheduled for October 16, 2012. (Doc. No. 81.) The Court will reschedule the conference after decision on the remaining class certification issue.

**IT IS SO ORDERED.**

10-16-2012
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE